**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**SYLVESTER HARRIS, et al.**                                                       **PLAINTIFF**

**V.**                               **CIVIL ACTION NO. 1:08-CV-147-SA**

**WASHINGTON MUTUAL HOME LOANS**                                **DEFENDANT**

## ORDER

There being no further issues for this Court's consideration, this civil action is hereby **CLOSED** and the Adversary Proceeding is referred back to the United States Bankruptcy Court, pursuant to the Standing Order of Reference.

**SO ORDERED** this the 9th day of March, 2009.

                                                            **/s/ Sharion Aycock**
                                                            **UNITED STATES DISTRICT JUDGE**